UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EDWARD STRICKLEN,<br><br>    Plaintiff,<br><br>    vs.<br><br>NORDTROM,<br><br>    Defendant. | 1:23-cv-00719-GSA-PC<br><br>**ORDER STRIKING COMPLAINT FOR LACK OF SIGNATURE**<br><br>**(ECF No. 1.)**<br><br>**DEADLINE TO FILE AMENDED COMPLAINT:  JUNE 1, 2023** |

Mark Edward Stricklen ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  On May 10, 2023, Plaintiff filed the Complaint commencing this action.  (ECF No. 1.)  The Complaint is unsigned.  All filings submitted to the court must bear the signature of the filing party.  Local Rule 131; Fed. R. Civ. P. 11(a).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Complaint, filed on May 10, 2023, is STRICKEN from the record for lack of signature;
2. The Clerk's Office shall send Plaintiff a § 1983 form complaint;
3. Plaintiff is required to file an amended complaint bearing Plaintiff's original signature **on or before June 1, 2023**; and

4. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated:  **May 11, 2023**                              **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE